UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

MAR 1 2019

David J. Bradley, Clerk of Court

IN RE:

REYNALDO FLORES

    PLAINTIFF,                    NO. 2:14-CV-283

VS.

TDCJ, BRAD LIVINGSTON, LORIE DAVIS, BEXAR CNTY D.A. NICHOLAS LAHOOD, SUSAN D. REED, MELISA SKINNER, SAPD. R. VARA, DeMARTINO, GEORGE A. EASTLAND, REBECCA BUSTAMANTE, TEXAS COURT OF CRIMINAL APPEALS, MAYRA RUBIO SANCHEZ, EDWARD GARCIA,ET AL.,

    DEFENDANTS,

## PUBLIC MANIFESTO

MR. REYNALDO FLORES IS A CIVIL AND HUMAN RIGHTS REPORTER ENTREPRENEUR AND PHILANTHROPIST CURRENTLY PROSECUTING THE INTERNATIONATIONAL TERRRORIST ORGANIZATION OF SEX AND HUMAN TRAFFICKING **TEXAS'GULAG T.D.C.J.** AND DEFENDANTS IN THIS MATTER. THE OFFENDERS ARE PRIMARILY LOCATED AND OPERATING IN SAN ANTONIO TEXAS WITH BRANCHES ALL OVER THE STATE OF TEXAS:

MR. FLORES is the same Plaintiff who successfully entrapped the Offenders-Defendants in their customary Judicial Circus in ***REYNALDO FLORES V. THE STATE OF TEXAS*** NO. 2012 CR 1969, case in which the Defendants kidnapped at gun point Plaintiff's children while trading as sexual slave his insane wife in order to keep operating the Texas Prison System to the maximum capacity. The insanity of the Defendants is demonstrated in ***TEXAS V. EDWARD GARCIA,*** case in which the Defendants

after obtain the perjured testimony of the non-registered Sex Offender [EDWARD GARCIA] in 2012 CR 1969 and introduce[in Jury Trial] said individual as the husband of Sexual Slave and Defendant MAYRA RUBIO SANCHEZ; charged the Sex Offender EDWARD GARCIA by sexual assault to the same Sexual Slave MAYRA RUBIO SANCHEZ, despite the clear established modus operandi of the Defendants in this matter.

On January 30th 2019, Plaintiff assisted to a conference sponsored by the Mexican Federal Government at Nuevo Laredo, Mexico. In which 3 individuals sent by the U.S. Government and RICOMEN explained to 1,200 persons the reasons why the Defendants in **FLORES V. TDCJ, Supra**, are embezzling their victims assets, while kidnapping and raping our children and immigrant women in the United States, while denying access to the mandatory retirement founds [money] of Social Security to individuals who were kidnapped, tortured and deprived of family and liberty and later removed from the United States, without any legal authority. **WILMER CARIAS GARCIA V. HOLDER. Citing HERNANDEZ ROBLEDO V. INS,** (holding that the abuse of discretion standard does not allow a judge to act in an illegal, arbitrary or irrational fashion).

On February 9th 2012, MR. FLORES was informed by the biological father of the minor JANE DOE, [MR. HORACIO SANTOS] that he was receiving at the International Bridge JUAREZ-LINCOLN his daughter after successfully get away from a stash house operated by the Defendants, place in which JANE DOE have been raped and brutally assaulted for the last 8 years.

Plaintiff's children also have been abducted and repeatedly raped, tortured and potentially murdered by the Defendants San Antonio Police Officers R. VARA, #2046 and criminal partners, who also are in charge to distribute controlled substances to our children in schools and compel to our immigrant women to serve as prostitutes in San Antonio Texas. All these evil actions consented by Magistrates and Bexar County D.A. NICHOLAS LAHOOD and other offenders who compose the Honorable Judicial System in Texas.

## CONCLUSION

Back on December 29th 2011, Plaintiff FLORES was kidnapped by the Sex

Offenders San Antonio Police Officers R.VARA, VALADEZ R., DAVID BIERMANN, J. PORTER, ET AL, who at that time of FLORES abduction and in their customary police misconduct and reckless wasting of limited [financial] resources, showing themselves as an efficient police department framed FLORES falsely charging him of aggravated kidnapping and greater and lesser offenses and taking for **Granted** that their criminal partners would obtain a DEATH PENALTY sentence on said false allegations, proceeded to vandalize FLORES commercial properties, commercial vehicles and construction equipment, to the extend to steal his personal money at the time of his abduction abduction and in clear mockery the Defendants throwed him on his face 26 cents, which is the money used by FLORES to easily exposed the offenders in Jury Trial and obtain the acquittal in 2012 CR 1969.

Now on different abilities and supported by the Mexican Government and millions of victims of the RICOMEN and Defendants we will have a fair litigations whether in the United States Court System or International Courts[s] of Justice.

FLORES admonish the offenders Bexar County District Attorney NICHOLAS LAHOOD and his crooked B.S. criminal partners [E.G. VAZQUEZ, SIMPSOM ,B.S. DeMARTINO, ET AL] that they received a fair opportunity to deliver FLORES's children [NEIL FLORES, REY FLORES and MAYRA FLORES] at VILLEDA MORALES International Airport San Pedro Sula, Honduras or Juarez Lincoln International Bridge at Nuevo Laredo Tamaulipas, Mexico. Instead to discharge their Constitutional obligations the Defendants decided to continuously rape and torture FLORES' children and deny access to the minors. ***ABOTT V. ABBOTT.*** Citing the Child Abduction Act.

## PRAYER FOR RELIEF

42 USC Section 1985(2)(3); 1986, inter alia. provides in pertinent part that any person having power to prevent the injuries to a Plaintiffnand failed to do so shall be liable ..........The District Court having power to order the offenders abate the continuous raping and torture of FLORES's children is failing to abate such brutality, instead is consenting such actions no solely against Plaintiff's children but against millions of orphan children imprisoned and slavered by the offenders, for which Plaintiff prays the District Court to order

District Court Magistrates/Distict Judges to compel the Defendants to release Plaintiff's children from abduction and deliver the minors at the International Bridge JUAREZ LINCOLN no late than February 29th 2019, otherwise Plaintiff will institute the proper action against this District Court Corpus Christi Division.

Consider yourselves notified.

REYNALDO FLORES-PLAINTIFF

CIVIL & HUMAN RIGHTS REPORTER AND FORMER POLITICAL

PRISONER

## CERTIFICATE OF SERVICE

I, REYNALDO FLORES, Plaintiff, Entrepreneur, Philanthropist, Civil & Human Rights Reporter And Former Political Prisoner in the United States, certify that a truly and correct copy of the foregoing instrument is being forwarded to the offender NICHOLAS LAHOOD and criminal partners-shareholders of the Texas's Gulag, with copy to their victims and U.S, District Court Southern District of Texas Corpus Christi Division to the address of record, via U.S. Postal Service First Class, pursuant to 28 USC Section 1746.

Dated: February 12th 2019.

REYNALDO FLORES-PLAINTIFF PRO SE

C/O RAMON LUJAN TREVIÑO

620 LOGAN AVENUE

LAREDO TEXAS 78040

CivilrightsFlores@gmail

Page 4 of 4

SHERIFF

"The State of Texas"    NO. 2012-CI-12050    2012CI12050-S00001

INT OF NEIL FLORES ET AL
Plaintiff
VS.

**186**

IN THE DISTRICT COURT

37th JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

Defendant
( Note: Attached Document May Contain Additional Litigants. )

**NOTICE**

Citation Directed to: REYNALDO FLORES SID# 961543

AFFIDAVIT OF INABILITY

200 NORTH COMAL
SAN ANTONIO TX 78207-3505

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you." Said petition was filed on the 25th day of July, 2012.
ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 26th DAY OF July A.D., 2012.
PETITION IN SUIT AFFECTING PCR

DONNA KAY MCKINNEY
District Clerk of Bexar County, Texas

ANGELINA GARCIA
Attorney/PETITIONER
address 5886 DE ZAVALA RD
SAN ANTONIO, TX 78249-2268

By: _____ Deputy
ERICA HERNANDEZ

---

**OFFICER'S RETURN**

Came to hand _____ day of _____, A.D. _____, at _____ o'clock _____.M.
and executed (not executed) the _____ day of _____, A.D. _____, in _____
at _____ o'clock _____.M. by delivering to _____
in person a true copy of this citation together with the accompanying copy of plaintiff's petition. Served at _____
Cause of failure to execute this citation _____
I traveled _____ miles in the execution of this citation. Fees: _____ Serving citation
$ _____ Mileage _____ Total $ _____
       Badge/PPS # _____
_____
                                                                  County, Texas
By _____

The State of Texas
                    NON - PEACE OFFICER VERIFICATION
VERIFICATION OF RETURN (IF NOT SERVED BY PEACE OFFICER)
SWORN TO this _____ day of _____, _____

_____
NOTARY PUBLIC, STATE OF TEXAS



ORIGINAL
(DK002)



| | | A Book By Chris Hedges | | truthdig: | Sep 16, 2013 |

HOME | Ear to the Ground | Columnists | Truthdiggers | Cartoons | Arts & Culture | Digs | Shop | Multimedia | Advertise | Donate | About

Trending: **chris hedges   politics   robert scheer   russell brand   russia   syria**

Search Truthdig

**MOST READ**    ▼   **REPORTS**

Chris Hedges' Columns
### The Shame of America's Gulag

The Origins of Our Police State

Racists on Twitter Flip Out Because Miss America Is of Indian Descent

📧 EMAIL   🖨 PRINT   ⇲ SHARE

SIGN UP TO GET UPDATES

Your email    | GO |

Truthdigger of the Week: Andrew Cockburn

Posted on Mar 17, 2013        Like 3.3k    Tweet    8    • Shr

FOLLOW TRUTHDIG

Boulder Flooding: Remembering Warnings From 'Weather Report'

By Chris Hedges

Newsletter
Like Us
Follow Us
Get Our Feed

Benedict Cumberbatch: Chelsea Manning Got What She Deserved (Updated)

If, as Fyodor Dostoevsky wrote, "the degree of civilization in a society can be judged by entering its prisons," then we are a nation of barbarians. Our vast network of federal and state prisons, with some 2.3 million inmates, rivals the gulags of totalitarian states. Once you disappear behind prison walls you become prey. Rape. Torture. Beatings. Prolonged isolation. Sensory deprivation. Racial profiling. Chain gangs. Forced labor. Rancid food. Children imprisoned as adults. Prisoners forced to take medications to induce lethargy. Inadequate heating and ventilation. Poor health care. Draconian sentences for nonviolent crimes. Endemic violence.



**MOST COMMENTS**▶

**MOST EMAILED** ▶

REPORTS

Bonnie Kerness and Ojore Lutalo, both of whom I met in Newark, N.J., a few days ago at the office of American Friends Service Committee Prison Watch, have fought longer and harder than perhaps any others in the country against the expanding abuse of prisoners, especially the use of solitary confinement. Lutalo, once a member of the Black Liberation Army,

Tell Congress To Save Children from...

signatures: 8,620

sign petition



*Illustration by Mr. Fish*

start a petition | grab this widget

Joy Arises, Rules Fall Apart
By Rebecca Solnit, TomDispatch

an offshoot of the Black Panthers, first wrote Kerness in 1986 while he was a prisoner at Trenton State Prison, now called New Jersey State Prison. He described to her the bleak and degrading world of solitary confinement, the world of the prisoners like him held in the so-called management control unit, which he called "a prison within a prison." Before being released in 2009, Lutalo was in the management control unit for 22 of the 28 years he served for the second of two convictions—the first for a bank robbery and the second for a gun battle with a drug dealer. He kept his sanity, he told me, by following a strict regime of exercising in his tiny cell, writing, meditating and tearing up newspapers to make collages that portrayed his prison conditions.



Antarctic Ice Shelves Melt From Below
By Alex Kirby, Climate News Network

The Origins of Our Police State
By Chris Hedges

"The guards in riot gear would suddenly wake you up at 1 a.m., force you to strip and make you grab all your things and move you to another cell just to harass you," he said when we spoke in Newark. "They had attack dogs with them that were trained to go for your genitals. You spent 24 hours alone one day in your cell and 22 the next. If you do not have a strong sense of purpose you don't survive psychologically. Isolation is designed to defeat prisoners mentally, and I saw a lot of prisoners defeated."

Colorado's Morality Lesson on Guns
By E.J. Dionne, Jr.

Lutalo's letter was Kerness' first indication that the U.S. prison system was creating something new—special detention facilities that under international law are a form of torture. He wrote to her: "How does one go about articulating desperation to another who is not desperate? How does one go about articulating the psychological stress of knowing that people are waiting for me to self-destruct?"

EAR TO THE GROUND

Racists on Twitter Flip Out Because Miss America Is of Indian Descent

The techniques of sensory deprivation and prolonged isolation were pioneered by the Central Intelligence Agency to break prisoners during the Cold War. Alfred McCoy, the author of "A Question of Torture: CIA Interrogation, From the Cold War to the War on Terror," wrote in his book that "interrogators had found that mere physical pain, no matter how extreme, often produced heightened resistance." So the intelligence agency turned to the more effective mechanisms of "sensory disorientation" and "self-inflicted pain," McCoy noted. [One example of causing self-inflicted pain is to force a prisoner to stand without moving or to hold some other stressful bodily position for a long period.] The combination, government psychologists argued, would cause victims to feel responsible for their own suffering and accelerate psychological disintegration. Sensory disorientation combines extreme sensory overload with extreme sensory deprivation. Prolonged isolation is followed by intense interrogation. Extreme heat is followed by extreme cold. Glaring light is followed by total darkness. Loud and sustained noise is followed by silence. "The fusion of these two techniques, sensory disorientation and self-inflicted pain, creates a synergy of physical and psychological trauma whose sum is a hammer-blow to the existential platforms of personal identity," McCoy wrote.

Detroit's Bankruptcy: It Took Decades of Bad Decisions

Typhoon Lands in Japan, Fukushima Remains an Open Wound

After hearing from Lutalo, Kerness became a fierce advocate for him and other prisoners held in isolation units. She published through her office a survivor's manual for those held in isolation as well as a booklet titled "Torture in United States Prisons." And she began to collect the stories of prisoners held in isolation.

Advertisement

One Explanation for GOP Civil War: House Republicans Are Used to Power

Lawrence Summers Will Not Chair the Federal Reserve

"My food trays have been sprayed with mace or cleaning agents, ... human feces and urine put into them by guards who deliver trays to my breakfast, lunch, and dinner... ," a prisoner in isolation in the Wabash Valley Correctional Facility at Carlisle, Ind., was quoted as saying in "Torture in United States Prisons." "I have witnessed sane men of character become self-mutilators, suffer paranoia, panic attacks, hostile fantasies about revenge. One prisoner would swallow packs of AA batteries, and stick a pencil in his penis. They would cut on themselves to gain contact with staff nurses or just to draw attention to themselves. These men made slinging human feces 'body waste' daily like it was a

Michael Hayden: Terrorists Love Gmail

MR. JEYNALDO FLORES
CIVIL & HUMAN RIGHTS REPORTER
620 LOGAN AVENUE
LAREDO TEXAS 78040

7018 1130 0001 8944 0120

U.S. POSTAGE PAID
FCM LG EN
LAREDO, TX
78040
FEB 27, 19
AMOUNT
$4.65
R2303S10398-15

78401

MR. DAVID BRADLEY
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
1133 N. SHORELINE BLVD
#208 CORPUS CHRISTI TEXAS
78401

RE: FLORES V. TEXAS, ET AL.

first class

United States Courts
Southern District of Texas
FILED
MAR 1 2019
David J. Bradley, Clerk of Court

LEGAL MAIL