United States District Court
Southern District of Texas
**ENTERED**
March 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| REYNALDO FLORES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-283 |
| | § | |
| MAYRA RUBIO SANCHEZ, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff has filed a request for information (D.E. 88) and a Public Manifesto (D.E. 89). To the extent Plaintiff is seeking a ruling or any action from this Court, that request or motion is **DENIED**. Plaintiff is advised that this case is closed.[1]

ORDERED this 12th day of March 2019.

Jason B. Libby
United States Magistrate Judge

---

[1] This civil rights action was filed by a Texas state prisoner pursuant to 42 U.S.C. § 1983. On March 8, 2016, the Court dismissed this action with prejudice. (D.E. 67). The United States Court of Appeals for the Fifth Circuit affirmed this judgment on August 24, 2017. (D.E. 83). The petition for a writ of certiorari was denied on May 14, 2018. (D.E. 84).